## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Irwin Stein,                                    :
                          Petitioner            :
                                                :
              v.                                :       No. 782 C.D. 2016
                                                :
Workers' Compensation Appeal                    :
Board (School District of                       :
Philadelphia),                                  :
                          Respondent            :


# O R D E R

NOW, April 6, 2017, upon consideration of petitioner's application for reargument and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge